IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01797-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

WILLIAM LEE LORNES THE THIRD,

    Plaintiff,

v.

JHON, a Shireff [sic],
JHON, a Major,
JHON, a Sargent [sic], and
JANE DOW, Foster Mom,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, William Lee Lornes, currently is incarcerated at the Denver Van Cise-Simonet Detention Center.  Mr. Lornes submitted to the Court *pro se* on July 11, 2012, in a large manilla envelope a number of loose papers, which the Court has made its best efforts to organize on Mr. Lornes' behalf.  The papers have been divided into eight lawsuits, one of which is the instant action.  In this action, Mr. Lornes has submitted a Prisoner Complaint.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X     is not submitted
(2)   __    is missing affidavit
(3)   X     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __    is missing certificate showing current balance in prison account
(5)   __    is missing required financial information
(6)   __    is missing an original signature by the prisoner
(7)   __    is not on proper form (must use the court's current form)
(8)   __    names in caption do not match names in caption of complaint, petition or habeas application
(9)   __    An original and a copy have not been received by the court. Only an original has been received.
(10)  __    other:

**Complaint, Petition or Application**:
(11)  __    is not submitted
(12)  __    is not on proper form (must use the court's current form)
(13)  __    is missing an original signature by the prisoner
(14)  __    is missing page nos. __
(15)  __    uses et al. instead of listing all parties in caption
(16)  __    An original and a copy have not been received by the court. Only an original has been received.
(17)  __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  __    names in caption do not match names in text
(19)  __    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this order**, the complaint and the action will be

dismissed without further notice.

DATED July 11, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge